Boot

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 21-21 Erie |
| | ) |
| MARTIN MEADE KOBSIK | ) (18 U.S.C. § 641) |

## INDICTMENT

## COUNT ONE

From in and around April 2020, and continuing to in and around March 2021, in the Western District of Pennsylvania, the defendant, MARTIN MEADE KOBSIK, did embezzle, steal, purloin and knowingly convert to his own use, money and property of the United States Small Business Administration, an agency of the United States, namely, proceeds from a Small Business Administration COVID-19 Disaster Assistance Loan, which the defendant, MARTIN MEADE KOBSIK, used for personal expenses, a vacation, and improvements to his home, the value of such property exceeding $1,000 and in a total value of approximately $150,000.

In violation of Title 18, United States Code, Section 641.

FILED

MAY 11 2021

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

## FORFEITURE ALLEGATIONS

1. The Grand Jury realleges and incorporates by reference the allegations contained in Count One of this Indictment for the purpose of alleging criminal forfeiture.

2. The United States hereby gives notice to the defendant, MARTIN MEADE KOBSIK, charged in Count One that, upon his conviction of such offense, the government will seek forfeiture in accordance with Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), which require any person convicted of such offense to forfeit any property constituting or derived from proceeds obtained directly or indirectly as a result of such offense, including but not limited to the following: real property located at 1223 Jackson Center Polk Road, Stoneboro, Pennsylvania 16153.

3. If through any act or omission by the defendant, MARTIN MEADE KOBSIK, the property described in paragraph 2 above:

    a. Cannot be located upon the exercise of due diligence;

    b. Has been transferred, sold to, or deposited with a third party;

    c. Has been placed beyond the jurisdiction of the Court;

    d. Has been substantially diminished in value; or

    e. Has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of such defendant up to the value of the forfeitable property described in this forfeiture allegation.

A True Bill,

_____
FOREPERSON

_____
STEPHEN R. KAUFMAN
Acting United States Attorney
PA ID No. 42108